■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v GREGORY HATCHER, Appellant. [667 NYS2d 902] —Judgment, Supreme Court, New York County (Budd Goodman, J.), rendered February 24, 1994, convicting defendant, upon his plea of guilty, of criminal possession of a weapon in the second degree, and sentencing him, as a second felony offender, to a term of 4 to 8 years, unanimously affirmed.

The court properly denied defendant's motion to suppress identification testimony without a hearing because the People sufficiently established a prior relationship between the witness and defendant (*see*, *People v Rodriguez*, 79 NY2d 445), and defendant did not dispute the People's contentions (*People v Estrada*, 241 AD2d 378, *lv denied* 90 NY2d 1011).

We perceive no abuse of sentencing discretion. Concur—Milonas, J. P., Ellerin, Williams and Tom, JJ.